United States District Court
for the District of New Jersey

_____

**ST. BONI FARM STORE CORPORATION**

           Plaintiff

**TECUMSEH PRODUCTS COMPANY, ET AL**

           Defendant
_____

Civil No. 09-947

Order of Reassignment

It is on this 26th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Joseph A. Greenaway.

           S/Garrett E. Brown, Jr.
           Garrett E. Brown, Jr., Chief Judge
           United States District Court